IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THADDEUS JASON KAROW,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

13-cv-798-jdp

SECURITY DIRECTOR FUCHS,
LT. MARTINSON and
SGT. ARMSTRONG,

    Defendants.

    This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    (2) denying plaintiff Thaddeus Jason Karow's motion for preliminary injunctive relief;

    (3) granting Security Director Fuchs, Lt. Martinson and Sgt. Armstrong's motion for summary judgment and dismissing this case.

| /s/ | 9/29/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |