IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED
2016 JUL 28 AM 9:52
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

THADDEUS J. KAROW,

    Plaintiff,

V.                             Case No. 13-CV-798

LARRY FUCHS et al.,

    DEFENDANTS.

## NOTICE OF APPEAL TO A COURT OF APPEALS
## FROM A FINAL JUDGMENT OF THE DISTRICT COURT

Notice is hereby given that Thaddeus J. Karow, the plaintiff in the above named case, appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment of the District Court granting the defendants' Motion For Summary Judgment entered on September 29, 2015 by District Judge James D. Peterson. The plaintiff also appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment of the District Court denying plaintiff's motion to alter/amendment judgment under Rule 59 of the Federal Rules of Civil Procedure on July 21, 2016.

Dated this 25th day of July, 2016.        Respectfully Submitted,

                                                  Thaddeus J. Karow #191554
                                                  S.C.I.
                                                  100 Corrections Dr.
                                                  Stanley, WI    54768-6500